ANNA GEFERS, Respondent, v. HENRY J. HOLTERMAN, Appellant.— Judgment reversed upon the law and the facts, and a new trial granted, costs to abide the event, upon the ground that the verdict is against the fair weight of the credible evidence. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

GROSS & LEMMERMAN, INC., Respondent, v. BERNARD S. MINKIN and Others, Defendants, and MAX CHUTICK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

FANNIE GUZZO, Respondent, v. CHARLES KOSCHES, Appellant.— Judgment reversed upon the law, with costs, and complaint dismissed, with costs. The only authority of defendant's employee was to attend with the marshal and identify the goods mentioned in the writ of replevin. The alleged assault and battery committed by him was committed without the scope of his authority. (*Muller* v. *Hillenbrand*, 227 N. Y. 448; *Zucker* v. *Lannin Realty Co., Inc.*, 217 App. Div. 487; *Feneran* v. *Singer Mfg. Co.*, 20 id. 574; *McGrath* v. *Michaels*, 80 id. 458; *Weinstein* v. *Singer Manufacturing Co.*, 121 id. 708.) Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

MARGARET HAMMOND, Respondent, v. MACFADDEN PUBLICATIONS, INC., Appellant.— Order denying defendant's motion to vacate order for substituted service affirmed, with ten dollars costs and disbursements. There is a sufficient showing of diligence with respect to the officers and directors of the defendant, wholly apart from whether Bernarr Macfadden was an officer or not. The order provided for service upon the corporation in the manner provided by section 231 of the Civil Practice Act, apart from the provisions respecting delivery of a copy of the summons to Bernarr Macfadden individually. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

JULIUS HERMAN, INC., Appellant, v. NATIONAL TITLE GUARANTY COMPANY, Respondent.— Order granting defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

In the Matter of the Final Judicial Settlement of the Account of THOMAS D. GERMANO, as Administrator, etc., of ALFONSO GERMANO, Deceased. THOMAS D. GERMANO, as Administrator, etc., Appellant; JAMES F. DONOHUE, Special Guardian, Respondent.— Decree of the Surrogate's Court of Westchester county unanimously affirmed, with costs to respondent payable out of the estate. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JACOB JACOBS, Appellant, v. HENRY E. JACOBS, Respondent, and Others, Defendants.— Order denying motion to strike out parts of amended answer affirmed, with ten dollars costs and taxable disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

IRVING KRAUSHER, Also Known as ISAAC KRAUSHER, Appellant, v. UNION INDEMNITY COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.